COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Decker, Malveaux and Senior Judge Annunziata

KARA NATONIA THOMAS

v.     Record No. 0918-16-2

HALLMARK SYSTEMS, INC. AND
 LM INSURANCE CORPORATION

MEMORANDUM OPINION[*]
PER CURIAM
OCTOBER 11, 2016

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Brody Reid; ReidGoodwin, PLC, on brief), for appellant.

(Imie Aisiku Harber; Law Offices of Christopher R. Costabile, on
brief), for appellees.

Kara Natonia Thomas (appellant) appeals a decision of the Workers' Compensation

Commission. She alleges the Commission erred in its application of the burden of proof to her

impairment rating claim and in denying her claim for permanent partial disability. We have

reviewed the record and the Commission's opinion and find that this appeal is without merit.

Accordingly, we affirm for the reasons stated by the Commission in its opinion. See Thomas v.

Hallmark Sys., Inc., JCN VA00000868783 (Va. Wrk. Comp. May 5, 2016). We dispense with

oral argument and summarily affirm because the facts and legal contentions are adequately

presented in the materials before the Court and argument would not aid the decisional process.

See Code § 17.1-403; Rule 5A:27.

Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.